

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Sibb Gilchrist, President
Agricultural and Mechanical College of Texas
College Station, Texas

Dear Mr. Gilchrist:

Opinion No. O-5068

Re: Is a minor, whose natural parents live in New Jersey, but who was adopted by residents of Texas in November, 1942, and who has since said time lived in Texas with his adopted parents, such a resident of Texas as will entitle him to admission to the School of Veterinary Medicine, under Article 2654c, Vernon's Annotated Statutes as a resident student?

Your letter, in which you state that a young man under the age of twenty-one years made application in October, 1942, to enter the School of Veterinary Medicine in A. and M. College, and gave his address as 711 Lyons Avenue, Irvington, New Jersey, has been received and given our most careful attention.

In your letter you state that the young man on November 25, 1942, was adopted under our Texas law by a resident of this State; that in the Spring of 1943 he entered the North Texas Agricultural College and attended school there through that Summer; that on September 17, 1943, he was admitted to A. and M. College as a non-resident student; that he has since been a student in said College; that he has now asked to be registered in the A. and M. College as a resident student of Texas. You then ask this question:

"Is a student who is under twenty-one years of age and whose family does not reside in Texas, who was adopted by a citizen of Texas less than twelve months prior to the date he registered for the first time as a student at this institution, considered a legal resident of Texas under the statute fixing the tuition rates for students of institutions of collegiate rank supported in whole or in part by appropriation of public funds from the State Treasury?"

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Gibb Gilchrist - page 2

Article 46a of Vernon's Annotated Revised Statutes
is the Adoption law of Texas. Section 9 of said Article reads
in part as follows:

"When a child is adopted in accordance with
the provisions of this Article, all legal relation-
ship and all rights and duties between such child
and its natural parents shall cease and determine,
provided, however, that nothing herein shall pre-
vent such adopted child from inheriting from its
natural parent; all adopted children shall inherit
from the adopted as well as its natural parents.
Said child shall thereafter be deemed and held to
be, for every purpose, the child of its parent or
parents by adoption as fully as though born of
them in lawful wedlock. Said child shall be en-
titled to proper education, support, maintenance,
nurture and care from said parent or parents by
adoption, and shall inherit from said parent or
parents by adoption, and as the child of said par-
ent or parents by adoption, as fully as though
born to them in lawful wedlock; * * *."

Article 2654c of Vernon's Annotated Revised Statutes
fixes the tuition that may be charged for resident students and
for non-resident students, and defines what is meant by a non-
resident student as follows:

"2. * * *. A non-resident student is here-
by defined to be a student of less than twenty-
one (21) years of age, living away from his fam-
ily and whose family resides in another State,
or whose family has resided within this State
for a period of time less than twelve (12)
months prior to the date of registration, or a
student of twenty-one (21) years of age or over
who resides out of the State or who has resided
within the State for a period of less than twelve
(12) months prior to the date of registration."

Then we construe the Adoption statute and said Article
2654c together, it is, we think, apparent that the family of an
adopted child is his adopting parents. This being true, it fol-
lows that since the adopting parents of the minor in question

Honorable Gibb Gilchrist - page 3

have for more than twelve months, and are now living in Texas, and that the minor for the past two years has been living in Texas, he is entitled to register and be recognized as a resident student of Texas.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By      Geo. W. Barcus
Assistant

GWB-MR



APPROVED
OPINION COMMITTEE
BY CHAIRMAN